AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

4:25-mc-49

To:

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
|  |  |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:  _____



*CLERK OF COURT*

_Matthew Thelen_
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are: