UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:   No. 4:25-mc-49

25-128-04                                **MOTION TO SEAL**

Regarding Subpoena No.: 2024R00627-005

The United States hereby moves this Court for an order:

Permanently sealing the attachment to the subpoena filed in this matter and sealing the redacted attachment subpoena for a period of 180 days, subject to renewal, in that the attachment to the subpoena filed herein discusses an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal the redacted attachment to the subpoena because premature disclosure may seriously jeopardize that investigation.

Dated this 15th day of May, 2025.

ALISON J. RAMSDELL
United States Attorney

_____
Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
Facsimile: (605)330-4410
E-Mail: Mark.Hodges@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of a Subpoena Regarding:　　No. 4:25-mc-49

25-128-04　　**ORDER TO SEAL**

Regarding Subpoena No.: 2024R00627-005

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the unredacted attachment to the subpoena filed in this matter be permanently sealed.

2. That the redacted attachment to the subpoena filed in this matter shall be sealed for a period of 180 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of Court shall automatically unseal the redacted attachment to the subpoena after the passage of 180 days, subject to renewal, unless ordered otherwise by the Court. This case as a whole is not to be sealed.

Dated: May 15, 2025

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge